JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| PRIME HEALTHCARE HUNTINGTON BEACH, LLC, a Delaware limited liability company doing business as HUNTINGTON BEACH HOSPITAL,<br><br>Plaintiff,<br>v.<br><br>SCAN HEALTH PLAN, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:16-cv-01226-DFM<br><br>**JUDGMENT**<br><br>Complaint Filed: May 19, 2016<br><br>Hon. Douglas F. McCormick |

1  The Motion to Dismiss filed by SCAN Health Plan ("SCAN") regarding
2  Plaintiff Prime Healthcare Huntington Beach's ("Plaintiff") Complaint came before
3  the Court for hearing on September 27, 2016 in Courtroom 6B of the above-entitled
4  Court, the Honorable Douglas F. McCormick presiding.  Sepand Akhavanhaidary
5  appeared on behalf of Plaintiff.  Peter Roan and Harsh P. Parikh of Crowell &
6  Moring LLP appeared on behalf of SCAN.  Prior to the hearing, the Court issued a
7  tentative order granting SCAN's Motion to Dismiss for lack of subject matter
8  jurisdiction based on Plaintiff's failure to exhaust administrative remedies.  On
9  September 27, 2016, the Court adopted its tentative order.

10  IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Complaint
11  against SCAN is dismissed without prejudice to Plaintiff's ability to pursue its
12  Complaint after exhausting the Medicare Act's administrative remedies.  The Court
13  hereby enters final judgment for SCAN.

15  Dated: October 13, 2016

_____
Hon. Douglas F. McCormick
United States Magistrate Judge